IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02599-PSF-BNB

FELIX LESPERANCE,

    Plaintiff,

v.

RAYSOR TRUCKING, INC.; and
BILL EDDLEMAN, in all capacities,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff's Motion to Dismiss With Prejudice (Dkt. # 9) is GRANTED. The Court hereby ORDERS that this case is DISMISSED with prejudice based on the representation in said motion that "[t]he matter has been settled."

DATED: March 29, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge